UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAMES MURPHY,

                        Plaintiff,

          -against-

LIVELY UP YOUR BREATH, LLC,

                   Defendants.

-----------------------------------------------------------------X

        26-CV-00143 (DEH) (VF)

            **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A summons was issued to Defendant on January 9, 2026. ECF No. 5. On January 19, 2026, counsel for Defendant appeared in the action (ECF No. 7), but Defendant has not answered or otherwise responded to the complaint. Defendant is directed to file a response to the complaint or otherwise seek an extension of time by **April 17, 2026**. Failure to respond or otherwise participate in the action may result in the entry of default judgment against Defendant.

        **SO ORDERED.**

DATED:     New York, New York
            April 1, 2026

                           _____
                           VALERIE FIGUEREDO
                           United States Magistrate Judge